# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hogan, Michael R. | United States District Court | 05/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
405 East 8th Avenue, Suite 5700
Eugene, OR 97401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Parnership |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**☑** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Line of Credit | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Apt , Myrtle Point, Oregon, 4-plex, Coos County | D | Rent | N | W | | | | | |
| 2. Rental Apt., Myrtle Point, Oregon, duplex, Coos County | C | Rent | L | W | | | | | |
| 3. Rental Apt., Bandon, Oregon, triplex, Coos County | E | Rent | M | W | | | | | |
| 4. Rental Property #1 Coos County, Myrtle Point, Oregon | D | Rent | N | W | | | | | |
| 5. Rental Property #2 Lane County, Eugene, Oregon | E | Rent | N | W | | | | | |
| 6. Pulte Homes | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. ____ Partnership (partner) | D | Int./Div. | P1 | W | | | | | |
| 9. - Timber Tract #1 Coos County Oregon | | | | | | | | | |
| 10. - Timber Tract #2 Coos County Oregon | | | | | | | | | |
| 11. - Timber Tract #3 Coos County Oregon | | | | | | | | | |
| 12. - Timber Tract #4 Coos County Oregon | | | | | | | | | |
| 13. - Timber Tract #5 Coos County Oregon | | | | | | | | | |
| 14. - Timber Tract #6 Coos County Oregon | | | | | | | | | |
| 15. - Lot Coos County Oregon #1 | | | | | | | | | |
| 16. - Lot Coos County Oregon #2 | | | | | | | | | |
| 17. - Lot Mohave County Arizona | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Lot Coos County Oregon #3 | | | | | | | | | |
| 19. - Rental Property #4 Coos County Oregon | | | | | | | | | |
| 20. - Rental Property #5 Coos County Oregon | | | | | | | | | |
| 21. - Lot Coos County Oregon #4 | | | | | | | | | |
| 22. - Rental Property #6 Coos County Oregon | | | | | | | | | |
| 23. - Rental Property #7 Coos County Oregon | | | | | | | | | |
| 24. - Rental Property #8 Coos County Oregon | | | | | | | | | |
| 25. - Ranch Coos County Oregon | | | | | | | | | |
| 26. - Tyco Electronics | | | | | | | | | |
| 27. - Aegon N V-ADR Amer Reg | | | | | Sold | 12/01/11 | J | B | |
| 28. - Akzo Nobel | | | | | | | | | |
| 29. - Alcatel-Lucent | | | | | | | | | |
| 30. - Astrazeneca PLC Spon Adr | | | | | Sold | 12/01/11 | J | B | |
| 31. - Barclays PLC | | | | | | | | | |
| 32. - CVS Caremark Corp | | | | | Sold | 12/01/11 | J | B | |
| 33. - Celgene Corp (X) | | | | | | | | | |
| 34. - Deutsche Telecom | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Dolby Labs (X) | | | | | | | | | |
| 36. - Ericsson L M Tel Co | | | | | | | | | |
| 37. - First Solar Inc (X) | | | | | | | | | |
| 38. - Fluor Corp New (X) | | | | | Sold | 12/01/11 | J | B | |
| 39. - France Telecom | | | | | | | | | |
| 40. - Fuji Heavy Industries | | | | | Sold | 12/01/11 | J | B | |
| 41. - Fujifilm Hldgs Corp | | | | | | | | | |
| 42. - Glaxosmithkline PLC | | | | | Sold | 12/01/11 | J | B | |
| 43. - Google Inc (X) | | | | | | | | | |
| 44. - H Lundbeck | | | | | | | | | |
| 45. - Intesa Sanpaolo S P A Sponsored ADR | | | | | | | | | |
| 46. - J Sainsbury PLC | | | | | | | | | |
| 47. - Juniper Networks Inc | | | | | | | | | |
| 48. - KT Corp Sponsored ADR | | | | | Sold | 12/01/11 | J | C | |
| 49. - Kingfisher PLC | | | | | | | | | |
| 50. - Koninklijke Ahold NV | | | | | | | | | |
| 51. - Korea Elec Pwr Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Marks & Spencer Group | | | | | | | | | |
| 53. - Mitsubishi UFG Financial Group | | | | | | | | | |
| 54. - Mitsui Sumitomo Insurance Co | | | | | | | | | |
| 55. - Mizuho Finl Group Inc. | | | | | | | | | |
| 56. - NASDAQ OMX Group (X) | | | | | | | | | |
| 57. - NVIDIA Corp (X) | | | | | | | | | |
| 58. - Nippon Tel & Tel Spon | | | | | Sold | 12/01/11 | J | B | |
| 59. - Portugal Telecom | | | | | | | | | |
| 60. -Qualcomm Inc. (X) | | | | | | | | | |
| 61. - SK Telecom LTD | | | | | | | | | |
| 62. - Sanofi-Aventis | | | | | | | | | |
| 63. - Seiko Epson Corp | | | | | | | | | |
| 64. - Sony Corp | | | | | | | | | |
| 65. - Stmicroelectronics N V | | | | | | | | | |
| 66. - Sumitomo Mitsui Finl Group | | | | | | | | | |
| 67. - Swiss Reinsurance | | | | | | | | | |
| 68. - Swisscom AG | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - TDK Corp Amer Deposit SHS | | | | | | | | | |
| 70. - Tele Norte Leste | | | | | | | | | |
| 71. - Telecom Italia | | | | | Sold | 12/01/11 | J | B | |
| 72. - Telecom Corp New | | | | | | | | | |
| 73. - Telecomunicacoes Brasileiras | | | | | | | | | |
| 74. - Telefonica S.A. | | | | | | | | | |
| 75. - Telefonos de Mexico SP | | | | | | | | | |
| 76. - Tim Participacoes | | | | | | | | | |
| 77. - Unilever NV NY | | | | | | | | | |
| 78. - Vertex Pharmaceuticals (X) | | | | | | | | | |
| 79. - Vivo Participacoes S A | | | | | | | | | |
| 80. - Wolters Kluwer | | | | | | | | | |
| 81. - Tyco Electronics LTD | | | | | | | | | |
| 82. - Flextronics Intnl LTD (X) | | | | | | | | | |
| 83. - Amazon Com Inc | | | | | Sold | 12/01/11 | J | B | |
| 84. - Amgen Inc | | | | | | | | | |
| 85. - Anadarko Petroleum Corp | | | | | Sold | 12/01/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Autodesk Inc | | | | | | | | | |
| 87. - Bed Bath & Beyond | | | | | | | | | |
| 88. - Berkshire Hathaway Inc. | | | | | | | | | |
| 89. - Biogen Idec Inc | | | | | | | | | |
| 90. - Broadcom Corp | | | | | | | | | |
| 91. - Cablevision Systems Corp | | | | | | | | | |
| 92. - Canon Inc | | | | | | | | | |
| 93. - Cisco Sys Inc | | | | | | | | | |
| 94. - Coca-Cola Co | | | | | | | | | |
| 95. - Comcast Corp | | | | | | | | | |
| 96. - Cree Inc | | | | | | | | | |
| 97. - Walt Disney Co | | | | | | | | | |
| 98. - Ebay Inc | | | | | | | | | |
| 99. - Expedia Inc | | | | | | | | | |
| 100. - Forest Laboratories Inc | | | | | Sold | 12/01/11 | J | B | |
| 101. - General Electric Co | | | | | Sold | 12/01/11 | J | C | |
| 102. - Genzyme Corps | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Home Depot Inc | | | | | Sold | 12/01/11 | J | B | |
| 104. - Intel Corp | | | | | | | | | |
| 105. - Italcementi Fabrich Riunte (X) | | | | | | | | | |
| 106. - Johnson & Johnson | | | | | | | | | |
| 107. - L3 Communications Hldgs Inc | | | | | Sold | 12/01/11 | J | B | |
| 108. - Liberty Global Inc | | | | | | | | | |
| 109. - Liberty Media Hldg Corp | | | | | | | | | |
| 110. - Liberty Media Hldg Corp Cap Ser A | | | | | | | | | |
| 111. - Microsoft Corp | | | | | | | | | |
| 112. - Nissan MTR LTD (X) | | | | | | | | | |
| 113. - Nokia Corp | | | | | | | | | |
| 114. - Pall Corp | | | | | | | | | |
| 115. - Pepsico Inc | | | | | | | | | |
| 116. - Procter & Gamble Co | | | | | | | | | |
| 117. - Sanisk Corp | | | | | | | | | |
| 118. - Toyota Motor Corp (X) | | | | | Sold | 12/01/11 | J | B | |
| 119. - UnitedHealth Group | | | | | Sold | 12/01/11 | J | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Wolseley PLC | | | | | | | | | |
| 121.  - Applied Materials Inc Delaware | | | | | | | | | |
| 122.  - Enzo Biochem Inc | | | | | | | | | |
| 123.  - Juniper Networks Inc | | | | | | | | | |
| 124.  - Lawson Software Inc | | | | | | | | | |
| 125.  - Telkonet Inc | | | | | | | | | |
| 126.  - Weatherford Intl Ltd | | | | | Sold | 12/01/11 | J | B | |
| 127.  - Actel Corp | | | | | | | | | |
| 128.  - Bank of America Corp | | | | | | | | | |
| 129.  - Compugen LTD (X) | | | | | | | | | |
| 130.  - General Electric Co | | | | | | | | | |
| 131.  - Halliburton Co Holdings | | | | | Sold | 12/01/11 | J | B | |
| 132.  - Hess Corp | | | | | | | | | |
| 133.  - Key Tronic Corp (X) | | | | | | | | | |
| 134.  - Marathon Oil Corp | | | | | Sold | 12/01/11 | J | B | |
| 135.  - Medtronic Inc | | | | | | | | | |
| 136.  - McDermott Intnl Incl-. | | | | | Sold | 12/01/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Motorola Inc | | | | | | | | | |
| 138. - National Oilwell Varco Inc | | | | | | | | | |
| 139. - Network Equip Techs | | | | | | | | | |
| 140. - Nucor Corp | | | | | Sold | 12/01/11 | J | B | |
| 141. - Oracle Corp | | | | | | | | | |
| 142. - Schlumberger LTD | | | | | | | | | |
| 143. - Umpqua Bank Stock | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. Calloway Golf X | | None | | | Sold | 12/01/11 | J | | |
| 146. Fluor Corp New X | | None | | | Sold | 12/01/11 | J | | |
| 147. Abbott Labs X | | None | | | Sold | 12/01/11 | J | | |
| 148. ON Semiconductor X | | None | J | T | | | | | |
| 149. Hewlett Packard X | | None | J | T | | | | | |
| 150. Wal-Mart X | | None | J | T | | | | | |
| 151. ITRON | | None | J | T | | | | | |
| 152. FEI | | None | J | T | | | | | |
| 153. Boeing | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Nabors | | None | J | T | | | | | |
| 155. Carrefour SA | | None | J | T | | | | | |
| 156. Cemex S.A.B | | None | J | T | | | | | |
| 157. Blackrock Inc | | None | J | T | | | | | |
| 158. Diana Shipping | | None | | | Sold | 12/01/11 | J | | |
| 159. Artio Global | | None | J | T | | | | | |
| 160. Energy Solutions | | None | | | Sold | 12/01/11 | J | | |
| 161. Enzo Biochem | | None | J | T | | | | | |
| 162. MGM Resorts | | None | J | T | | | | | |
| 163. Mueller Water Products | | None | J | T | | | | | |
| 164. USEC Inc. | | None | J | T | | | | | |
| 165. Jabil Circuit | | None | | | Sold | 12/01/11 | J | | |
| 166. LSI Corp | | None | J | T | | | | | |
| 167. Medco Health Solutions | | None | J | T | | | | | |
| 168. Washington Federal | | None | J | T | | | | | |
| 169. | | | | | | | | | |
| 170. Barrick Gold Corp | | None | J | T | Buy | 12/01/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Devon Energy Corp | | None | J | T | Buy | 12/01/11 | J | | |
| 172. International Busn Machines | | None | J | T | Buy | 12/01/11 | J | | |
| 173. Avalon Bay Communities | | None | J | T | Buy | 12/01/11 | J | | |
| 174. America Movil | | None | J | T | Buy | 12/01/11 | J | | |
| 175. Prologis Inc | | None | J | T | Buy | 12/01/11 | J | | |
| 176. Archer-Daniels-Midland | | None | J | T | Buy | 12/01/11 | J | | |
| 177. Brady Corp | | None | J | T | Buy | 12/01/11 | J | | |
| 178. Boston Prop | | None | J | T | Buy | 12/01/11 | J | | |
| 179. Blackrock | | None | J | T | Buy | 12/01/11 | J | | |
| 180. Crown Cork & Seal Co. | | None | J | T | Buy | 12/01/11 | J | | |
| 181. Credit Suisse | | None | J | T | Buy | 12/01/11 | J | | |
| 182. Canadian Natural Resources | | None | J | T | Buy | 12/01/11 | J | | |
| 183. Catepillar | | None | J | T | Buy | 12/01/11 | J | | |
| 184. Continental Resources | | None | J | T | Buy | 12/01/11 | J | | |
| 185. Coeur D'Alene Mines Corp | | None | J | T | Buy | 12/01/11 | J | | |
| 186. Citicorp | | None | J | T | Buy | 12/01/11 | J | | |
| 187. Chesapeake Energy Corp | | None | J | T | Buy | 12/01/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Delta Airlines | | None | J | T | Buy | 12/01/11 | J | | |
| 189.  Dole Food Co | | None | J | T | Buy | 12/01/11 | J | | |
| 190.  Deere & Co | | None | J | T | Buy | 12/01/11 | J | | |
| 191.  Equity Residential | | None | J | T | Buy | 12/01/11 | J | | |
| 192.  Exxon Mobil | | None | J | T | Buy | 12/01/11 | J | | |
| 193.  General Motors | | None | J | T | Buy | 12/01/11 | J | | |
| 194.  Host Marriott Financial Trust | | None | J | T | Buy | 12/01/11 | J | | |
| 195.  Kinross Gold | | None | J | T | Buy | 12/01/11 | J | | |
| 196.  Las Vegas Sands | | None | J | T | Buy | 12/01/11 | J | | |
| 197.  Lowe's Co | | None | J | T | Buy | 12/01/11 | J | | |
| 198.  Morgan Stanley | | None | J | T | Buy | 12/01/11 | J | | |
| 199.  Metlife | | None | J | T | Buy | 12/01/11 | J | | |
| 200.  Marsh & McLennan Co | | None | J | T | Buy | 12/01/11 | J | | |
| 201.  Noble Energy | | None | J | T | Buy | 12/01/11 | J | | |
| 202.  Newmont Mining Co | | None | J | T | Buy | 12/01/11 | J | | |
| 203.  Owens-Illinois | | None | J | T | Buy | 12/01/11 | J | | |
| 204.  Pfizer | | None | J | T | Buy | 12/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. State Street Corp | | None | J | T | Buy | 12/01/11 | J | | |
| 206. Simon Property Group | | None | J | T | Buy | 12/01/11 | J | | |
| 207. Sunoco | | None | J | T | Buy | 12/01/11 | J | | |
| 208. Charles Schwab Corp | | None | J | T | Buy | 12/01/11 | J | | |
| 209. Sisco | | None | J | T | Buy | 12/01/11 | J | | |
| 210. Time Warner Co | | None | J | T | Buy | 12/01/11 | J | | |
| 211. | | | | | | | | | |
| 212. 401 K Plan | A | Int./Div. | K | T | | | | | |
| 213. - Amgen Inc | | | | | | | | | |
| 214. - Integrated Health Services Inc | | | | | | | | | |
| 215. - Legg Mason Opportunity Trust Primary Class | | | | | | | | | |
| 216. - New World Fund Class C | | | | | | | | | |
| 217. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, the following additional comments........................

- _____ Partnership consists of 50% interest for this reporter, and type of income includes, interest, rent, capital gains, as well as dividends. (Partnership interest increased since last reporting period due to inheritance.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael R. Hogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544